IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII TAPERS HEALTH AND WELFARE FUND; ET AL., | ) ) ) | Civ. No. 13-00208 JMS-RLP |
| Plaintiffs, | ) ) ) | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND |
| vs. | ) ) | RECOMMENDATION |
| B & A BUILDERS INC.; ROD QUITON; CHRISTINA BOYEA-QUITON; ET AL., | ) ) ) ) | |
| Defendant(s). | ) ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on February 20, 2014 and served on all parties on February 21, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Plaintiffs' Motion for Entry of Default

///

///

///

///

Judgment Against B & A Builders Inc., Rod Quiton, and Christina Boyea-Quiton"

are adopted as the opinion and order of this Court.

        IT IS SO ORDERED.

        DATED:  Honolulu, Hawaii, March 12, 2014.



        /s/ J. Michael Seabright
        J. Michael Seabright
        United States District Judge